UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
MIGUEL MARIA,

                Plaintiff,

     -against-                              03 Civ. 10131 (LAK)

CITY OF NEW YORK, et al.,

                Defendants.
------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        On September 13, 2004, the Court directed plaintiff to show cause, on or before September 20, 2004, why this action should not be dismissed for failure to comply with the scheduling order in that plaintiff has failed to file, or cooperate in filing, a joint pretrial order as required. Plaintiff has not responded to the order to show cause. Accordingly, the action is dismissed.

        SO ORDERED.

Dated: October 15, 2004

                                                      Lewis A. Kaplan
                                               United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/15/04